UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE L. NINO DE GUZMAN, JR.,<br><br>Defendant. | Case No. CR11-245RSL<br><br>ORDER DENYING MOTION TO REOPEN THE DETENTION HEARING |

This matter comes before the Court on defendant's "Motion and Memorandum to Reopen the Detention Hearing" (Dkt. # 69). Having considered the facts set forth in the motion, the government's response and the remainder of the record, the Court does not find any circumstances warranting the reopening of the detention hearing and therefore, DENIES defendant's motion (Dkt. # 69).

DATED this 3rd day of May, 2013.

*MMT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO
REOPEN DETENTION HEARING - 1